UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FASIL M. TECLE,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. C13-2303-RAJ-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 22.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings before an Administrative Law Judge ("ALJ"), including but not limited to the following: On remand, the ALJ shall further evaluate plaintiff's residual functional capacity and whether he has past relevant work that he can perform, and, if warranted, further evaluate whether he can

REPORT AND RECOMMENDATION
PAGE - 1

perform other occupations in the national economy.  The ALJ shall follow SSR 00-4p as appropriate.

The parties agree plaintiff may submit additional evidence and argument on remand and that no aspect of the prior final decision is affirmed.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge Richard A. Jones immediately approve this Report and Recommendation.  The Clerk should note the matter for **June 6, 2014** as ready for Judge Jones's consideration.  A proposed order accompanies this Report and Recommendation.

DATED this 6th day of June, 2014.

*[signature]*

JAMES P. DONOHUE
United States Magistrate Judge