UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FASIL M. TECLE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. C13-2303-RAJ<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The court has reviewed the Report and Recommendation of the Honorable James P. Donohue, which recommends that the court approve the parties' stipulation to remand this case for additional administrative proceedings.  The court ADOPTS the Report and Recommendation (Dkt. # 23), REVERSES the final decision of the Defendant, and REMANDS this action for further administrative proceedings in accordance with the Report and Recommendation and the parties' stipulation.  The clerk shall enter judgment for Plaintiff and ensure that Judge Donohue receives notices of this order.

DATED this 11th day of June, 2014.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER
PAGE - 1